1  JOHN V. SPILOTRO, ESQ.
   Nevada Bar No. 4134
2  LISA M. SZYC, ESQ.
   Nevada Bar No. 11726
3  THE LAW OFFICES OF
4  JOHN V. SPILOTRO, ESQ., P.C.
   626 South Third Street
5  Las Vegas, Nevada  89101
6  Telephone:  (702) 385-4994
   Facsimile:  (702) 385-5125
7  Email:    lisa@spilotroandkulla.com
8  Attorneys for Joseph Ferrante

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA ) | 2:15-CR-00075-RFB-PAL |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER TO PERMIT DEFENDANT JOSEPH FERRANTE TO RELOCATE TO CENTRAL ~~SOUTHERN~~ CALIFORNIA AND TRANSFER PRETRIAL SUPERVISIONS TO THAT DISTRICT** |
| JOSEPH FERRANTE and GREGORY PIKE ) | |
| Defendant ) | |

**IT IS HEREBY STIPULATED,** by and between Plaintiff, through their counsel, ROBERT KNIEF, ESQ. and Defendant JOSEPH FERRANTE through his counsel JOHN V. SPILOTRO that Defendant FERRANTE be permitted to relocate to the State of California, where he will be residing with his finance at 17732 Seminole Way, Yorba Linda, California 92886. Defendant's pretrial supervision will be transferred to California, with the same terms and conditions as those imposed in Nevada; however,

///

///

///

1

Defendant's travel provisions will be modified to permit travel within the ~~Southern~~ **Central** District of California and to Nevada for legal consultation and Court appearances.  This stipulation shall be in effect until Mr. Ferrante's sentencing date and/or his self-surrender date, whichever is later.

DATED this  1st day of March, 2016.        DATED this 1st day of March, 2016.

By: /s/:John V. Spilotro                          By:  /s/:Robert Knief

John V. Spilotro, Esq.                              Robert Knief, Esq., AUSA
Lisa M. Szyc, Esq.                                   U.S. ATTORNEY'S OFFICE
THE LAW OFFICE OF                              333 Las Vegas Blvd., South
JOHN V. SPILOTRO, ESQ., P.C.            Suite 5000
626 South Third Street                            Las Vegas, Nevada  89101
Las Vegas, Nevada  89101                      Attorneys for Plaintiff
Attorneys for Defendant
Joseph Ferrante

**ORDER**

This matter having been stipulated to by the parties and the Court finding no objection;

IT IS HEREBY ORDERED, that the Defendant, JOSEPH FERRANTE be permitted to relocate to the State of California, where he will be residing at 17732 Seminole Way, Yorba Linda, California 92886, and living with his finance. Defendant's pretrial supervision will be transferred to California, with the same terms and conditions as those imposed in Nevada; however, Defendant's travel restriction will be modified to permit travel within the ~~Southern~~ **Central** District of California and to Nevada for legal consultation and Court appearances. This order shall be in effective until such time that Mr. Ferrante is sentenced by this court or ordered to self-surrender.

DATED this **5th** day of **April**, 2016.

_____
RICHARD F. BOULWARE, II
United States District Court Judge

Submitted by:

 /s:/ John V. Spilotro_____
JOHN V. SPILOTRO, ESQ.
THE LAW OFFICE OF
JOHN V. SPILOTRO, ESQ. P.C.
626 South Third Street
Las Vegas, Nevada  89101
Attorney for Defendant Joseph Ferrante