JOHN V. SPILOTRO, ESQ.
Nevada Bar No. 4134
LISA M. SZYC, ESQ.
Nevada Bar No. 11726
THE LAW OFFICES OF
JOHN V. SPILOTRO, ESQ., P.C.
626 South Third Street
Las Vegas, Nevada  89101
Telephone:  (702) 385-4994
Facsimile:  (702) 385-5125
Email:    lisa@spilotroandkulla.com
Attorneys for Joseph Ferrante

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA )  | 2:15-CR-00075-RFB-PAL |
| Plaintiff, ) | |
| vs. ) | |
| JOSEPH FERRANTE ~~and~~ ) ~~GREGORY PIKE~~ ) | |
| Defendant. ) | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

**(First Request)**

**IT IS HEREBY STIPULATED and AGREED** by and between Robert Knief, Assistant United States Attorney, John V. Spilotro, Esq. attorney for Defendant Joseph Ferrante that the currently scheduled sentencing date, July 5, 2016 at 10:30 a.m., be vacated and that said date be continued for at least thirty days.

This Stipulation is entered into for the following reasons:

1.     That both parties would like an opportunity to review the Presentence Investigation Report, which has not been provided.

1

2.	Counsel for the Defendants have spoken to the Defendants, and the Defendants have no objection to the requested continuance.

3.	Denial of this request for continuance would result in a miscarriage of justice;

4.	For all the above stated reasons, the ends of justice would be best served by a continuance for the parties' pretrial motions, response deadlines and trial date;

5.	This is the first request to continue sentencing.

**DATED** this 5th day of October, 2015

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **THE LAW OFFICES OF**<br>**JOHN V. SPILOTRO, ESQ., P.C.** |
| /s/: Robert Knief, Esq. | /s/: John V. Spilotro, Esq. |
| _____ | _____ |
| ROBERT KNIEF, AUSA<br>333 Las Vegas Blvd. S.<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | JOHN V. SPILOTRO, ESQ.<br>626 South Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant, Joseph Ferrante |

# FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That both parties would like an opportunity to review the Presentence Investigation Report, which has not been provided.

2. Counsel for the Defendants have spoken to the Defendants, who agree to the continuance. One defendant is in custody, but agrees that he is not prejudiced by this continuance;

3. Denial of this request for continuance would result in a miscarriage of justice;

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

5. This is the first request for a continuance of the sentencing date.

# ORDER

**IT IS HEREBY ORDERED** that the Sentencing of the within matter currently scheduled for July 5, 2016, shall commence on the  4th  day of  August , 201 6 , at the hour of  1:30  p .m.

**IT IS SO ORDERED**.

**DATED** this 29th day of  June , 2016

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3